B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re **HRD Corporation**                                                   Case No. **13-36238**
                              Debtor(s)                                     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dow Chemical Canada, Inc.<br>P.O. Box 1012<br>Sarnia, Ontario N7T 7K7<br>CANADA | Dow Chemical Canada, Inc.<br>P.O. Box 1012<br>Sarnia, Ontario N7T 7K7<br>CANADA | | Disputed | 34,533,577.00 |
| Dr. Ebrahim Bagherzadeh<br>c/o Murray Fogler<br>1221 McKinney St., Ste 4500<br>Houston, TX 77010 | Dr. Ebrahim Bagherzadeh<br>c/o Murray Fogler<br>1221 McKinney St., Ste 4500<br>Houston, TX 77010 | | | 3,400,000.00 |
| O'Donnell Ferebee Medley & Keiser, P.C.<br>450 Gears Road, Suite 800<br>Houston, TX 77067-4584 | O'Donnell Ferebee Medley & Keiser, P.C.<br>450 Gears Road, Suite 800<br>Houston, TX 77067-4584 | | | 60,424.23 |
| City of Houston<br>c/o Denise L. Miller<br>P.O.Box 368<br>Houston, TX 77001-0368 | City of Houston<br>c/o Denise L. Miller<br>P.O.Box 368<br>Houston, TX 77001-0368 | | Disputed | 51,000.00 |
| Bluecross Blueshield<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | Bluecross Blueshield<br>P.O. Box 731428<br>Dallas, TX 75373-1428 | | | 19,350.70 |
| Charles River Associates<br>John Hancock Tower<br>200 Clarendon Street<br>Boston, MA 02116-5092 | Charles River Associates<br>John Hancock Tower<br>200 Clarendon Street<br>Boston, MA 02116-5092 | | | 16,761.55 |
| Gexa Energy<br>P.O. Box 692099<br>Houston, TX 77269-2099 | Gexa Energy<br>P.O. Box 692099<br>Houston, TX 77269-2099 | | | 5,236.21 |
| City of Houston<br>P.O. Box 1560<br>Houston, TX 77251 | City of Houston<br>P.O. Box 1560<br>Houston, TX 77251 | | | 4,395.07 |
| Centerpoint Energy<br>P.O. Box 2628<br>Houston, TX 77252-2628 | Centerpoint Energy<br>P.O. Box 2628<br>Houston, TX 77252-2628 | | | 2,120.61 |
| DHL<br>16592 Collections Center Drive<br>Chicago, IL 60693 | DHL<br>16592 Collections Center Drive<br>Chicago, IL 60693 | | | 1,470.32 |

B4 (Official Form 4) (12/07) - Cont.

In re **HRD Corporation** Case No. **13-36238**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Verizon Wireless** P.O. Box 660108 Dallas, TX 75266-0108 | **Verizon Wireless** P.O. Box 660108 Dallas, TX 75266-0108 | | | **1,073.84** |
| **Allied Waste Services #853** P.O. Box 78829 Phoenix, AZ 85062-8829 | **Allied Waste Services #853** P.O. Box 78829 Phoenix, AZ 85062-8829 | | | **840.25** |
| **Comcast** P.O. Box 660618 Dallas, TX 75266-0618 | **Comcast** P.O. Box 660618 Dallas, TX 75266-0618 | | | **813.09** |
| **United Parcel Service** P.O. Box 7247-0244 Philidelphia, PA 19170-0001 | **United Parcel Service** P.O. Box 7247-0244 Philidelphia, PA 19170-0001 | | | **492.09** |
| **Ferrellgas** P.O. Box 173940 Denver, CO 80217-3940 | **Ferrellgas** P.O. Box 173940 Denver, CO 80217-3940 | | | **362.34** |
| **Airgas Southwest Inc.** P.O. Box 676031 Dallas, TX 75267-6031 | **Airgas Southwest Inc.** P.O. Box 676031 Dallas, TX 75267-6031 | | | **258.49** |
| **AARP Medicare RX UnitedHealthcare** P.O. Box 29300 Hot Springs, AR 71903-9300 | **AARP Medicare RX UnitedHealthcare** P.O. Box 29300 Hot Springs, AR 71903-9300 | | | **185.20** |
| **Admiral Linen & Uniform Serv.** 2030 Kipling Houston, TX 77098 | **Admiral Linen & Uniform Serv.** 2030 Kipling Houston, TX 77098 | | | **138.51** |
| **Fedex** P.O. Box 94515 Palatine, IL 60094-4515 | **Fedex** P.O. Box 94515 Palatine, IL 60094-4515 | | | **125.70** |
| **Modern System Concepts, Inc.** 3115 N. Fry Rd., Suite 404 Katy, TX 77449 | **Modern System Concepts, Inc.** 3115 N. Fry Rd., Suite 404 Katy, TX 77449 | | | **70.36** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 4, 2013**   Signature **/s/ Aziz A. Hassan**
**Aziz A. Hassan**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.